## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | |
|---|---|
| ABRIALE JOHNSON, *on behalf of herself and others similarly situated*, | )    Civil Action No.: 1:22-cv-01656 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TIDEWATER FINANCE COMPANY, d/b/a/ TIDEWATER MOTOR CREDIT and TIDEWATER CREDIT SERVICES, a Virginia corporation, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING

Plaintiff Abriale Johnson ("Plaintiff"), on behalf of herself and all others similarly situated, moves for an Order certifying the Class, appointing Class Counsel, approving the content, form, and manner of notice proposed to be sent to all members of the Class, and scheduling a fairness hearing. Plaintiff's counsel has consulted with Defendants' counsel regarding this motion, and Defendants do not oppose this Motion.

For the reasons described in Plaintiff's memorandum of law in support of this motion, the Declaration of Scott C. Harris attached hereto as **Exhibit 1,** and the Settlement Agreement with its attachments and exhibits attached hereto as **Exhibit 2**, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order on Preliminary Approval of Class Action Settlement.

Dated: January 25, 2023

Respectfully submitted,

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**

*/S/ Scott C. Harris*
Scott C. Harris
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5003
Fax: 919-600-5035
Email: sharris@milberg.com
*Admitted pro hac vice*

Thomas A. Pacheco
15453 Indianola Drive
Derwood, MD 20855
Phone: (212) 946-9305
Fax: 865-522-0049
Email: tpacheco@milberg.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record

via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,


**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**

s/ Scott C. Harris
Scott C. Harris
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com