UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ABRIALE JOHNSON, *on behalf of herself and others similarly situated*,<br><br>   Plaintiff,<br><br>v.<br><br>TIDEWATER FINANCE COMPANY, d/b/a/ TIDEWATER MOTOR CREDIT and TIDEWATER CREDIT SERVICES, a Virginia corporation,<br><br>   Defendants. | Civil Action No.: 1:22-cv-01656 |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Abriale Johnson, on behalf of herself and all others similarly situated, respectfully moves the Court for an order granting final approval to the settlement in this class action and providing such other and further relief as this Court deems just and proper.

For the reasons described in Plaintiff's memorandum of law in support of this motion, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted, April 18, 2023.

            */s/Thomas Pacheco*
            Thomas Pacheco (Bar No. 21639)
            **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
            15453 Indianola Drive
            Derwood, MD 20855
            Telephone: (443) 980-6119
            tpacheco@milberg.com

            Scott C. Harris (*admitted pro hac vice*)

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, North Carolina 27603
Phone: (919) 600-5000
sharris@milberg.com

*Attorneys for Plaintiff and the Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

/s/Thomas Pacheco
Thomas Pacheco (Bar No. 21639)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
15453 Indianola Drive
Derwood, MD 20855
Telephone: (443) 980-6119
tpacheco@milberg.com